UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

JOHN THOMAS HAGGERTY                                              Case No. 10-05393-BKC-3G7

_____ Debtor(s). _____

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 1999 Jeep Cherokee ($900.00), VIN - 1J4GW68NXXC514411, and one half undivided interest in 2002 Toyota Camry ($1,800.00), VIN - 4T1BE32K02U105283, for the sum of $2,700.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. Camry has a KBB private party fair condition value of $2,455. The Cherokee has a KBB private party fair condition value of $5,075. Debtor has properly claimed an exemption of $1,612.64 in it. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October __10__, 2011.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October __10__, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

JOHN THOMAS HAGGERTY                             Case No. 10-05393-BKC-3G7

_____ Debtor(s). _____

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October __10__, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:10-bk-05393-PMG
Middle District of Florida
Jacksonville
Mon Oct 10 11:15:14 EDT 2011

AT & T
PO Box 70529
Charlotte, NC 28272

Amanda Duffy
POBox 9065
Brandon, FL 33509-9065

American Express
POB 981531
El Paso, TX 79998-1531

American Express
World Financial Center
200 Vesey St 44th Floor
New York, NY 10285-3820

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Centurion
200 Vesey St 44th Floor
New York, NY 10285-0002

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American InfoSource LP as agent for Citibank
PO Box 248840
Oklahoma City, OK 73124-8840

American Infosource Lp As Agent for
Citibank (South Dakota) N.A.
PO Box 248840
Oklahoma City, OK 73124-8840

Asset Acceptance LLC
PO Box 2039
Warren, MI 48090-2039

Asset Acceptance, LLC
assignee BANK OF AMERICA
PO Box 2036
Warren, MI 48090-2036

Bank of America
POB 15026
Wilmington, DE 19850-5026

Barley CPA
5150 Belfort Rd Bldg 400
Jacksonville, FL 32256-6026

Brian K. Szilvasy
Zwicker & Ass, P. C.
3030 Hartley Rd No. 150
Jacksonville, FL 32257-8210

Capital One
4851 Cox Road
Glen Allen, VA 23060-6293

Capital One
POB 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA) N. A.
4851 Cox Road
Glen Allen, VA 23060-6293

Citibank
701 E. 60th St. N.
Sioux Falls, SD 57104-0493

Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Default Law Group, PL
PO Box 25018
Tampa, FL 33622-5018

Exxonmobil/Citibank Cards
POB 6497
Sioux Falls, SD 57117-6497

FHLMC
8609 Westwood Center Dr
POBox 5003
Mc Lean, VA 22108-0001

FIA Card Services
PO Box 15026
Wilmington, DE 19850-5026

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Fred Elefant, Esq
POBox 5727
Jacksonville, FL 32247-5727

John Thomas Haggerty
8217 Old Port Circle North
Jacksonville, FL 32216-6334

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Edward P Jackson
255 N. Liberty Street, First Floor
Jacksonville, FL 32202-2820

| | | |
|---|---|---|
| Kelly A. Karstaedt<br>Rubin & Debski, P. A.<br>P. O. Box 47718<br>Jacksonville, FL 32247-7718 | Michael T. Fackler<br>Milam Howard Nicandri Dees<br>14 East Bay Street<br>Jacksonville, FL 32202-3413 | Montreux at Deerwood Lake<br>Condominium Assn, Inc.<br>8550 Touchton Road<br>Jacksonville, FL 32216-1153 |
| Oates Energy<br>415 Pablo Ave Ste 100<br>Jacksonville Beach, FL 32250-5530 | (TM) Office Of Edward P Jackson<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202-2820 | PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Patrick A. Carey<br>10967 Lake Underhill Rd 125<br>Orlando, FL 32825-4454 | Rodolfo Miro, Esq.<br>PO Box 9065<br>Brandon, FL 33509-9065 | Sail Cove Condominium Assn<br>10000 Gate Parkway North<br>Jacksonville, FL 32246-8280 |
| Sawyer Gas<br>98 S Penman Rd<br>Jacksonville Beach, FL 32250-3457 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | US Bank<br>10408 Mount Dora St<br>New Port Richey, FL 34655-2160 |
| United States Trustee - JAX 7 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Wells Fargo<br>P O Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank<br>P. O. Box 14411<br>Des Moines, IA 50306-3411 |
| Wells Fargo Bank. N. A.<br>POBox 14411<br>Des Moines, IA 50306-3411 | Zwicker & Associates<br>3030 Hartley Rd Ste 150<br>Jacksonville, FL 32257-8210 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
PO Box 172408
Denver, CO 80217


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American InfoSource LP as agent for Citiba<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | (u)Paul M. Glenn<br>Jacksonville | End of Label Matrix<br>Mailable recipients 46<br>Bypassed recipients 2<br>Total 48 |